**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| IN RE: | |
| Cybele General Partnership | Case No. Case No. 05-90432 |
| | Judge Thomas J. Catliota |
| Debtors | |
| | Chapter 11 |
| | Adversary No. 07-00949 |

***

| | |
|---|---|
| Cybele General Partnership | |
| Plaintiffs | |
| v. | **ANSWER** |
| Law Offices of Craig A. Parker, LLC | |
| Defendants | |

***

COMES NOW, Law Offices of Craig A. Parker, LLC (hereinafter "Defendant"), by and through counsel, Thomas J. Kokolis and the Law Offices of Craig A. Parker, LLC and respectfully answers as follows:

### GENERAL DENIALS AND AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim against Defendant upon which relief may be granted.

2. The Complaint is barred and/or defeated by the doctrines of estoppel, laches, statute of frauds, waiver, unclean hands, and any other affirmative defense raised by any other party.

3. The Complaint is barred by the applicable statute of limitations.

### ANSWER

4. In response to the allegations in Paragraphs 1-3, Defendant denies knowledge or information sufficient to form a belief and therefore denies the same.

5. In response to the allegations in Paragraphs 4-6, Defendant admits that the Court record speaks for itself.

6. In response to the allegations in Paragraph 7, Defendant denies knowledge or information sufficient to form a belief and therefore denies the same.

7. In response to the allegations in Paragraph 8, Defendant admits that the Court record speaks for itself.

8. In response to the allegations in Paragraph 9, Defendant specifically admits that the Law Offices of Craig A. Parker, LLC is a Maryland Limited Liability Company; however, Defendant specifically denies that Defendant is an insider pursuant to 11 U.S.C. §101(31).

9. In response to the allegations in Paragraph 10, Defendant admits that the Court record speaks for itself.

10. In response to the allegations in Paragraphs 11-12, Defendant can neither admit nor deny, and therefore demands strict proof thereof.

11. In response to the allegations in Paragraphs 13-15, Defendant admits to the allegations.

12. In response to the allegations in Paragraphs 16-35, Defendant denies the allegations.

>Respectfully Submitted,
>Law Offices of Craig A. Parker, LLC
>
>/s/ Thomas J. Kokolis_____
>Thomas J. Kokolis, Esq. #16728
>4520 East West Highway, Suite 250
>Bethesda, Maryland 20814
>(301) 656-5775
>tj@parkerlawoffice.com
>
>/s/ Craig A. Parker
>Craig A. Parker, Esq. #12924
>4520 East West Highway, Suite 250
>Bethesda, Maryland 20814
>(301) 656-5775
>craig@parkerlawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 11 January 2008, a copy of the foregoing electronically filed Answer was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that notice was electronically mailed to said party.

Gary A. Rosen, Esquire
Gary A. Rosen, Chartered
One Church Street, Suite 802
Rockville, Maryland 20850

Roger Schlossberg, Esquire
Schlossberg & Associates
134 West Washington Street
P.O. Box 4227
Hagerstown, Maryland 21741

>/s/  Thomas J. Kokolis_____
>Thomas J. Kokolis