IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| CYBELE GENERAL PARTNERSHIP | : | Case No.  05-90432-TJC |
| | : | (Chapter 11) |
| Debtor | : | |
| _____ | : | |
| | : | |
| CYBELE GENERAL PARTNERSHIP | : | |
| c/o Gary A. Rosen, Chapter 7 Trustee for | : | |
| Minh Vu Hoang and Thanh Hoang | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | No. 07-00949 |
| LAW OFFICES OF CRAIG A. PARKER, LLC | : | |
| | : | |
| Defendant | : | |

NOTICE OF INTENT TO COMPROMISE AND SETTLE CLAIM

     To whom it may concern, and especially to all interested parties of the Estate of Cybele General Partnership, each of you are hereby notified that unless objection is made on or before twenty (20) days from the date of this notice, the Debtor will proceed to compromise the following claim of the Estate as indicated:

     The Debtor commenced an adversary proceeding seeking to recover a transfer made by the Debtor to the Law Offices of Craig A. Parker, LLC.   The Debtor commenced this bankruptcy proceeding on or about December 1, 2005, by the filing of a Voluntary Petition for Relief pursuant to Chapter 11 of the United States Bankruptcy Code. The allegedly avoidable transfer of $13,070.00 was made to the Defendant on or about May 31, 2005 at the settlement on the Debtor's sale of real property located at 7603 Den Meade Avenue, Ft. Washington, Maryland.  The Defendant has denied liability to the Debtor's claims.

     In an effort to resolve the issues in the pending adversary proceeding, the Defendant and the Debtor have negotiated a settlement, subject to the approval of this Court, to settle the bankruptcy estate's claims to recover the aforementioned transfer for the sum of Eleven Thousand dollars ($11,000.00).  Upon the approval of the proposed compromise, and payment of the $11,000.00 to the estate, the Debtor will dismiss this pending adversary proceeding.

The Debtor believes that the proposed settlement is in the best interest of all parties. The parties further recognize that a protracted litigation of the issues in dispute in this matter could easily result in the parties incurring substantial legal fees and costs of sale which would not increase the benefit to the estate.

Any objections to the aforementioned should be filed, in writing, with the Clerk of the United States Bankruptcy Court for the District of Maryland, 300 U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 within twenty days from the date of this Notice, and a copy of any such objection should be sent to undersigned counsel for the Debtor.

                Respectfully submitted,

                GARY A. ROSEN, CHARTERED

                By: */s/ Gary A. Rosen*
                    Gary A. Rosen
                    One Church Street, Suite 802
Dated: 2/20/08         Rockville, MD 20850
                    (301) 251-0202
                    grosen@covad.net


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Notice of Intent to Compromise and Settle Claim was mailed, the 20th day of February , 2008, to all creditors on the attached mailing list.

                */s/    Gary A. Rosen*
                Gary A. Rosen

Washington Mutual Bank, PA
c/o Michael T. Cantrell, Esquire
Friedman & MacFadyen, P.A.
210 East Redwood Street
Baltimore, MD 21202-3399

Phong Hoang
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Elena Pope
c/o Carlos M. Recio
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Janyce Smith
c/o Jeffrey M. Orenstein, Esquire
Goren, Wolff & Orenstein
15245 Shady Grove Road
Rockville, MD 20886

Hoang Nguyen
c/o Carlos M. Recio
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Michele Curtis
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Laura J. Margulies, Esquire
6205 Executive Blvd.
Rockville, MD 20852

Charles McClain, Sr.
9400 Croom Acres Drive
Upper Marlboro, MD 20772

Rachel Theora McGuckian
Miles and Stockbridge
11 N. Washington Street
Suite 700
Rockville, MD 20850

State of Maryland
Central Collection Unit
300 West Preston Street
Baltimore, MD 20201

Christopher Hamlin
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770

Taxing Authority of
Montgomery County, MD
P. O. Box 6210
Rockville, MD 20850

Janyce A. Smith
5713 Sir Galahad Road
Glendale, MD 20769

Tu Bui
c/o J. Charles Curran
9695 C. Main Street
Fairfax, VA 22031

Linda DeMarlor
6127 Executive Boulevard
Rockville, MD 20852

U.S. Attorney - District of MD
4th Floor
36 S. Charles Street
Baltimore, MD 21201

Minh Vu Hoang
9101 Clewerwall Drive
Bethesda, MD 20817

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 21126
Philadelphia, PA 19114-0326

Thanh Hoang
9101 Clewerwall Drive
Bethesda, MD 20817

Raj Sharma
14109 London Lane
Rockville, MD 20853

William Savage, Esquire
Shapiro & Burson, LLP
13135 Lee Jackson Highway
Suite 201
Fairfax, VA 22033

Jeffrey Lowery
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Bradford S. Bernstein
11 N. Washington Street
Suite 700
Rockville, MD 20850

Michael Scott Friedman
State of Md. Central Collection Uni
300 West Preston Street
Room 407
Baltimore, MD 21201

Edward T. Laios
P. O. Box 10500
Washington, DC 20020

Washington Mutual
P. O. box 3138
Milwaukee, WI 53201

Ira C. Wolpert, Esquire
3 Bethesda Metro Center
Suite 530
Bethesda, MD 20814-5109

U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Thomas Tsianakas
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 600
Washington, DC 20036

Van T. Vu
c/o David E. Lynn, Esquire
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850

| | |
|---|---|
| Lisa K. Jenkins<br>Huesman, Jones and Miles, LLC<br>Executive Plaza 3, Suite 300<br>11350 McCormick Road<br>Hunt Valley, MD 21031 | Washington Gas Light Company<br>c/o Philip J. Collins, Esquire<br>Protas, Spivok & Collins<br>4550 Montgomery Ave., No. 1125N<br>Bethesda, MD 20814 |
| P. I. Woodmere & Ann Balcerzak<br>9881 Broken Land Parkway<br>Columbia, MD 21046 | Van T. Vu<br>6800 Loch Lomond Drive<br>Bethesda, MD 20817 |
| Secretary of the Treasury<br>15th and Pennsylvania Avenue, N.W.<br>Washington, D.C. 20020 | State of Maryland DLLR<br>Division of Unemployment Ins.<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201 |
| Tuan A. Bui<br>c/o Charles Price, Esquire<br>7010 Little River Turnpike<br>Annandale, VA 22003 | Hoa Quang Vu<br>c/o Richard H. Gins, Esquire<br>3 Bethesda Metro Center, Suite 530<br>Bethesda, MD 20814 |
| Washington Mutal Bank<br>1270 Northland Dr., Suite 200<br>Mendota Heights, MN 55120 | Ballenger General Partnership<br>7915 Jensen Place<br>Bethesda, MD 20817 |
| Everhome Mortgage Company<br>c/o Kristine D. Brown, Esquire<br>Shapiro & Burson, LLP<br>13135 Lee Jackson Highway, No. 201<br>Fairfax, VA 22033 | PHH Mortgage Corporation<br>Shapiro & Burson, LLP<br>c/o Kristine D. Brown, Esquire<br>13135 Lee Jackson Highway, 201<br>Fairfax, VA 22033 |
| Mortgage Elecontric Registration Systems<br>c/o Kristine D. Brown, Esquire<br>Shapiro & Burson, LLP<br>13135 Lee Jackson Highway, No. 201<br>Fairfax, VA 22033 | Ann M. Balcerzak<br>c/o Carlos M. Recio, Esquire<br>1828 L Street, N.W.<br>Suite 201<br>Fairfax, VA 20036 |

Hewitt Avenue Assoc. LLC
c/o Gerald Chapman, Esquire
6917 Arlington Road, Suite 214
Bethesda, MD 20814

Clark & Sheila Mudd
c/o Vanessa Carpenter Lourie, Esq.
4400 MacArthur Blvd., N.W.
Suite 205
Washington, D.C. 20007

Edward T. Laios
c/o Martin J.A. Yeager
Bean, Kinney & Korman, P.C.
2000 North 14th Street
Suite 100
Arlington, VA 22201

Felix Hernandez
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Countrywide Home Loans
c/o Huesman, Jones and Miles, LLC
11350 McCormack Road
Executive Plaza III, Suite 300
Hunt Valley, MD 21031

Regions Mortgage
c/o Kristine Brown, Esquire
13135 Lee Jackson Highway
Suite 201
Fairfax, VA 22033

Branch of Reorganization
Sec. & Exch. Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30327-1232

Comptroller of the Treasury
Compliance Division
301 W. Preston Street
Suite 409
Baltimore, MD 21201

Ho Pak and Lisa Leone Pak
c/o Carlos M. Recio, Esquire
1828 L Street, N.W.
Suite 660
Washington, DC 20036

Geoplex Real Estate
3100-A Ritchie Road
Forestville, MD 20747

Washington Mutual Bank, FA
c/o William M. Savage
Shapiro & Burson, LLP
13135 Lee Jackson Highway
Fairfax, VA 22033